IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| K-TEL INTERNATIONAL, INC. and K-TEL INTERNATIONAL, GMBH, | ) | |
| Plaintiffs, | ) | Case No. 00-CV-902 DWF/AJB |
| vs. | ) | |
| TRISTAR PRODUCTS, INC., | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND**

The parties hereto, by and through their undersigned counsel of record, hereby stipulate that Defendant be allowed an extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including April 27, 2000.

The parties request that the Court sign the attached Order consistent with the parties' Stipulation.

DATED: April 17, 2000.

MACKALL CROUNSE & MOORE, PLC

By: ______________________
Michael R. Gray, Esq. (#175602)
901 Marquette Avenue South, Suite 1400
Minneapolis, MN 55402
(612) 305-1432 – Phone

COUNSEL FOR DEFENDANT

DATED: April 18, 2000.

LEONARD, STREET AND DEINARD, P.A.

By: ______________________
John M. Sheran, Esq. (#100195)
Blake Shepard, Jr., Esq. (#161536)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612)335-1500 – Phone

COUNSEL FOR PLAINTIFF

APR 19 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

*Of Counsel:*

James R. Myers
Kenneth A. Godlewski
KILPATRICK STOCKTON LLP
700 Thirteenth Street, N.W., Suite 800
Washington D.C. 20005
Telephone: (202) 508-5860
Fax: (202) 508-5858

Thomas E. Graham
KILPATRICK STOCKTON LLP
3500 One First Union Center
301 South College Street
Charlotte, North Carolina 28202-6001
Telephone: (704) 338-5000
Fax: (704) 338-5125

**ORDER**

Pursuant to the parties' Stipulation, the Court hereby grants Defendant an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint, up to and including April 27, 2000.

IT IS SO ORDERED.

Dated: Apr. 19, 2000

United States District Judge

MRG/ehb/560816.1