UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K-Tel International, Inc. and K-Tel International, GmbH,

Plaintiffs,

v.

Civ. No. 00-902 (JNE/JGL)
ORDER

Tristar Products, Inc.,

Defendant.

This case is before the Court on Defendant's motion for an enlargement of the page limit set forth in D. Minn. R. 7.1(c). Defendant requests that the page limit be increased to 45 pages. The Court grants Defendant's motion. Therefore, IT IS ORDERED THAT:

1. Defendant's motion for an enlargement of the page limit set forth in D. Minn. R. 7.1(c) [Docket No. 79] is GRANTED.

2. Defendant's motion papers must not exceed 45 pages.

Dated: June 23, 2003

JOAN N. ERICKSEN
United States District Judge

FILED JUN 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS