UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

K-Tel International, Inc. and
K-Tel International, GmbH,

Plaintiffs,

vs.

Tristar Products, Inc.,

Defendant.

---

Case No. CV-00-902 (DWF/AJB)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties hereto, through their undersigned counsel of record, hereby stipulate and agree to extend the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint up to and including April 30, 2001. The parties further agree that the Court may enter an Order consistent with this Stipulation.

Dated: April 19, 2001

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By: ______________________
Michael R. Gray (#175602)
1400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
(612) 343-5370

and

**KILPATRICK STOCKTON, LLP**
Kenneth A. Godlewski
Dawn-Marie Bey
607 Fourteenth Street NW, Suite 900
Washington, D.C. 20005-2018
(202) 508-5800

FILED ______________
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______________
DEPUTY CLERK ______________

and

**KILPATRICK STOCKTON, LLP**
James R. Myers
11130 Sunrise Valley Drive, Suite 300
Reston, VA 20191-4398
(703) 648-8500

**ATTORNEYS FOR DEFENDANT**

Dated: April 20, 2001

**LEONARD, STREET AND DEINARD PROFESSIONAL ASSOCIATION**

By: Blake Shepard
Blake Shepard, Jr. (#161536)
Susan M. Humiston (#254289)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1587

**ATTORNEYS FOR PLAINTIFFS**

**ORDER**

Consistent with the parties' Stipulation, it is hereby ordered that Defendant shall have up to and including April 30, 2001 in which to answer or otherwise respond to Plaintiffs' Complaint.

Dated: 4/26/, 2001

Donovan W. Frank
United States District Court Judge

GP:759079 v1