UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| K-Tel International, Inc. and K-Tel International, GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>Tristar Products, Inc.,<br><br>Defendant.<br><br>and<br><br>Tristar Products, Inc.,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>K-Tel International, Inc.,<br><br>Counterclaim-Defendant. | Case No. 00-CV-902 DWF/AJB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |

The parties hereto, through their undersigned counsel of record, hereby stipulate and agree to extend the time for the Counterclaim-Defendant, K-Tel International, Inc., to answer or otherwise respond to Counterclaim-Plaintiff Tristar Products, Inc.'s Counterclaim up to and including June 1, 2001. The parties further agree that the Court may enter an Order consistent with this Stipulation.

MAY 29 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2084546v1

Dated: 5/23/01

Blake Shepard

Blake Shepard, Jr. (#161536)
Susan M. Humiston (#254289)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone No.: (612) 335-1500
Facsimile No.: (612) 335-1657

ATTORNEYS FOR COUNTERCLAIM-DEFENDANT K-TEL INTERNATIONAL, INC.

Dated: 5/23/01

Kenneth Godlewski (by BS)

Kenneth A. Godlewski
KILPATRICK STOCKTON LLP
Ninth Floor
607 14th Street N.W.
Washington, D.C. 20005
Telephone No.: 202-508-5860
Facsimile No.: 202-508-5858

and

Michael R. Gray (#175602)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402-3796
Telephone No.: 612-343-5370
Facsimile No.: 612-333-0066

ATTORNEYS FOR COUNTERCLAIM-PLAINTIFF TRISTAR PRODUCTS, INC.

**ORDER**

Consistent with the parties' Stipulation, it is hereby ordered that Counterclaim-Defendant K-Tel International, Inc. shall have up to and including June 1, 2001, in which to answer or otherwise respond to Counterclaim-Plaintiff Tristar Products, Inc.'s Counterclaim.

Dated: 5/28/01

Magistrate Judge Arthur J. Boylan
United States District Court