UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

K-TEL INTERNATIONAL, INC., and
K-TEL INTERNATIONAL, GmbH,

Civil No. 00-902 DWF/AJB

Plaintiffs,

v.

ORDER

TRISTAR PRODUCTS, INC.,

Defendant,

and

TRISTAR PRODUCTS, INC.,

Counterclaim-Plaintiff,

v.

K-TEL INTERNATIONAL, INC.,

Counterclaim-Defendant.

---

WHEREAS, the above matter came on for a scheduling conference pursuant to Federal Rule of Civil Procedure 16 before the undersigned on May 29, 2001, and

WHEREAS, the Court has been advised that the plaintiff/counterclaim-defendant, K-Tel International, Inc., intends to seek dismissal and/or severance of the counterclaim herein,

NOW THEREFORE, IT IS HEREBY ORDERED that the Rule 16 conference shall be continued pending the outcome of said motion to dismiss/sever. Plaintiff's counsel

Filed MAY 29 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

is hereby directed to contact the undersigned's Chambers for purposes of scheduling a Rule 16 conference within 10 days following receipt of the District Court's order on said motion.

Dated: 5/29/01

ARTHUR J. BOYLAN
United States Magistrate Judge