# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

K-tel International, Inc. and K-tel International, GmbH,

Plaintiffs,

vs.

Tristar Products, Inc.,

Defendant/Counterclaim Plaintiff,

v.

K-tel International, Inc.,

Plaintiff/Counterclaim Defendant.

Case No. 00-CV-902 (DWF/AJB)

**ORDER**

This matter came before the Court during oral argument on Plaintiff K-tel International, Inc.'s Motion for Severance on July 17, 2001.

During the hearing, it was brought to the Court's attention that Plaintiff K-tel International, Inc. inadvertently produced to counsel for Defendant Tristar a document which Plaintiff contends is protected by the attorney-client privilege. The document is a November 13, 1997 letter from Richard Meier at K-tel to an attorney at the law firm of Kinney & Lange. Counsel for Defendant Tristar, unaware of the privileged nature of the document, attached a copy of the document to the Affidavit of Christopher A. Ott as Exhibit E, and submitted it to the Court with its Memorandum in Response to Plaintiff's Motion for Severance. The document in question was also quoted and discussed in Tristar's Memorandum in Response to Plaintiff's Motion for Severance.

FILED JUL 30 2001
RICHARD D. SLETTEN, C
JUDGMENT ENTD___
DEPUTY CLERK___

Based upon the file, records and proceedings herein, as well as the arguments of counsel, IT IS HEREBY ORDERED THAT:

1. All copies of the November 13, 1997 document, attached as Exhibit E to the Affidavit of Christopher A. Ott, shall be marked as CONFIDENTIAL and placed under Court seal until further notice; and

2. All copies of Tristar's Memorandum in Response to Plaintiff's Motion for Severance, shall be marked as CONFIDENTIAL and placed under Court seal until further notice.

Dated: 7/30/01

Arthur J. Boylan
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500