138935

RECEIVED
BY MAIL

JAN 08 2002

CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00-CV-902 (DWF/AJB) Case Title: K-tel Int'l. v. Tristar Products, Inc.

### Affidavit of Movant

I, Michael R. Grav, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Theodore W. Atkinson, an attorney admitted to practice in the Eastern District of Virginia, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Tristar Products, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | 175602 MN Attorney License # | 1/7/02 Date |
|---|---|---|

### Affidavit of Proposed Admittee

I, Theodore W. Atkinson, am currently a member in good standing of the U.S. District Court for Eastern District of Virginia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Theodore W. Atkinson Type/Print Name | Signature | 12/18/01 Date |
|---|---|---|

Attorney License Number: VSB #39010

Law Firm Name & Address: Venable Baetier Howard & Civiletti. LLP
1201 New York Avenue. N.W.. Suite 1000
Washington. D.C. 20005-3917

Telephone: (202) 962-4800

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

JAN 08 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JAN 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK