IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| K-Tel International, Inc. and<br>K-Tel International, GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>Tristar Products, Inc.,<br><br>Defendant. | **STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY SCHEDULE**<br><br>Case No. 0:00 CV 902 (JEL/AJB) |

WHEREAS, the Court issued a Pretrial Scheduling Order on January 11, 2002, a copy of which is attached hereto as Exhibit A; and

WHEREAS, the parties in this case have diligently engaged in discovery to date, including the exchange of extensive written discovery and taking of several depositions; and

WHEREAS, Plaintiff K-tel International, GmbH, a German company, recently discovered several boxes of documents in storage in a warehouse in Germany that may be relevant to the issues in this case; and

WHEREAS, a substantial percentage of the documents are in the German language and must be translated into English before they can be reviewed and analyzed by the parties and their attorneys; and

JUN 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, all of the parties in this action agree that extending the dates established in the Pretrial Scheduling Order for completing fact discovery and expert discovery would allow the parties to review the recently discovered documents, to complete discovery and to better evaluate the case and prepare for trial without affecting the June 1, 2003 trial ready date established in the current Pretrial Scheduling Order.

WHEREFORE, the parties in this action, through the undersigned counsel of record, hereby stipulate and agree to modify the dates established in the January 11, 2002 Pretrial Scheduling Order as follows:

1. Fact discovery shall be commenced in time to be completed by September 3, 2002. All expert discovery shall be completed on or before January 17, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

a. By Plaintiffs on or before September 16, 2002.

b. By Defendant on or before November 1, 2002.

c. Rebuttal and/or amended reports shall be due on or before December 9, 2002.

3. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by January 24, 2003.

4. All dispositive motions shall be served and filed by the parties by March 1, 2003.

5. All other deadlines established in the January 11, 2002 Pretrial Scheduling Order shall remain in effect, including the June 1, 2003 trial ready date.

6. The parties further agree that the Court may enter an Order consistent with this Stipulation without a formal motion or hearing.

Dated: 6/4/02

Blake Shepard, Jr. (#161536)
**LEONARD, STREET AND DEINARD,**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone No.: (612) 335-1587
Facsimile No.: (612) 335-1657

**ATTORNEYS FOR PLAINTIFFS K-TEL INTERNATIONAL, INC. AND K-TEL INTERNATIONAL, GMBH**

Dated: 6/3/02

Roger A. Colaizzi
Judith L. Wheat
Theodore W. Atkinson
Venable, Baetjer, Howard & Civiletti, LLP
1201 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005
Telephone No.: (202) 962-4800

and

Michael R. Gray
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 Cite Center
33 South Sixth Street
Minneapolis, Minnesota 55402-3796
Telephone No.: (612) 343-5370

**ATTORNEYS FOR DEFENDANT TRISTAR PRODUCTS, INC.**

**ORDER**

Consistent with the parties' Stipulation, the January 11, 2002 Pretrial Scheduling Order is hereby modified as follows:

1. Fact discovery shall be commenced in time to be completed by September 3, 2002. All expert discovery shall be completed on or before January 17, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiffs on or before September 16, 2002.

   b. By Defendant on or before November 1, 2002.

   c. Rebuttal and/or amended reports shall be due on or before December 9, 2002.

3. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by January 24, 2003.

4. All dispositive motions shall be served and filed by the parties by March 1, 2003.

5. In all other respects, the dates established in the Court's January 11, 2002 Pretrial Scheduling Order shall remain in effect.

Dated: 6/4/02

Arthur J. Boylan
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

K-Tel International, Inc., et al., Civil No. 00-902 DWF/AJB

Plaintiffs,

v. **PRETRIAL SCHEDULING ORDER**

Tristar Products, Inc.,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Fact discovery shall be commenced in time to be completed by July 1, 2002. All expert discovery shall be completed on or before December 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 17, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before July 15, 2002.

   b. By Defendant(s) on or before September 1, 2002.

   c. Rebuttal or amended reports shall be due on or before October 15, 2002.

4. No more than 30 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

JAN 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

EXHIBIT A

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 3 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by February 28, 2002. Any motions to amend to allege punitive damages must be served by the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, December 1, 2002.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by February 15, 2003. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on June 1, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 3 expert witnesses. Anticipated length of trial is 6-8 days.

Dated: 1/11/02

Arthur J. Boylan
United States Magistrate Judge

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** *Judge Ann D. Montgomery* |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | **Current Issues in Employment Law,** *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; **Response by the Department of Justice --** *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________
Firm/Employer ______________________
Address ______________________
______________________
______________________
Phone ______________________
E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building