UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| K-TEL INTERNATIONAL, INC., *et al.* Plaintiffs | ) | |
| v. | ) | Case No: CV-00-902(JEL/JGL) |
| TRISTAR PRODUCTS, INC. Defendant | ) | |

**ORDER**

Consistent with the parties' Stipulation, the January 11, 2002 and June 4, 2002 Pretrial Scheduling Orders is hereby modified as follows:

1. Fact discovery shall be commenced in time to be completed by September 3, 2002, except for the deposition of Juan Fernandez, which will be completed by September 13, 2002. All expert discovery shall be completed on or before January 31, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiffs on or before October 11, 2002.

   b. By Defendant on or before November 15, 2002.

   c. Rebuttal and/or amended reports shall be due on or before December 20, 2002.

3. All non-dispositive motions and supporting documents, including those which relate to discovery shall be served and filed by February 7, 2003.

4. All dispositive motions shall be served and filed by parties by March 3, 2003.



FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______

5. All other deadlines established in the January 11, 2002 and June 4, 2002 Pretrial Scheduling Orders shall remain in effect, including the June 2, 2003 trial ready date.

6. The parties further agree that the court may enter an Order consistent with this Stipulation without a formal motion or hearing.

Dated: July 24, 2002

Jonathan G. Lebedoff
United States Magistrate Judge