**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **K-TEL INTERNATIONAL, INC.,** ***et al.*** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **Case No: CV-00-902(JEL/JGL)** |
| | ) | |
| **TRISTAR PRODUCTS, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |

**ORDER**

Consistent with the parties' Stipulation, the January 11, 2002 Pretrial Scheduling Order, modified by order of this Court on June 4, 2002 and July 26, 2002, is hereby further modified as follows:

1. Fact discovery shall be commenced in time to be completed by September 3, 2002, except for the deposition of Juan Fernandez, which will be completed by November 1, 2002. All expert discovery shall be completed on or before February 14, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiffs on or before October 25, 2002.

   b. By Defendant on or before December 4, 2002.

   c. Rebuttal and/or amended reports shall be due on or before January 8, 2003.

3. All non-dispositive motions and supporting documents, including those which relate to discovery shall be served and filed by February 21, 2003.

FILED ... 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. All dispositive motions shall be served and filed by parties by March 17, 2003.

5. All other deadlines established in the January 11, 2002 Pretrial Scheduling Order, modified by order of this Court on June 4, 2002 and July 26, 2002, shall remain in effect, including the June 2, 2003 trial ready date.

6. The parties further agree that the court may enter an Order consistent with this Stipulation without a formal motion or hearing.

Dated: Oct. 24, 2002

Jonathan G. Lebedoff
United States Magistrate Judge