IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| K-Tel International, Inc., *et al.* Plaintiffs, v. Tristar Products, Inc., Defendant | ) | Case No. 0:00 CV 902 (JEL/JGL) |

**ORDER**

Consistent with the parties' Stipulation filed on March 14, 2003, the January 11, 2002 Pretrial Scheduling Order is hereby modified as follows:

1. Dispositive motions shall be fully briefed and filed with the Court in accordance with Local Rule 7.1(2)(D) by June 30, 2003.

2. An enlargement of time until March 7, 2003 is granted to Plaintiffs for serving the supplemental rebuttal report of Thomas R. Crane dated March 6, 2003, and the supplemental rebuttal report of Thomas R. Crane dated March 6, 2003 is deemed timely served *nunc pro tunc* in accordance with the enlargement.

3. All other deadlines established in the January 11, 2002 Pretrial Scheduling Order shall remain in effect.

Dated: March 24, 2003

Jonathan G. Lebedoff
United States Magistrate Judge

GP:1439311 v1

FILED 3.24.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______