UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-902 (JEL/JGL)

K-TEL INTERNATIONAL, et al.,

Plaintiffs,

v.

**NOTICE OF STATUS CONFERENCE**

TRISTAR PRODUCTS, INC.,

Defendant.

Pursuant to Mr. Shepard's letter to the Court, dated September 17, 2004, a status conference has been scheduled for **Friday, October 1, 2004, at 1:30 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief should be **submitted to this chambers at the above address,** with service on opposing counsel, at least five days before the scheduled conference. Please include an estimate of total trial time in your letter or settlement brief.

Dated: September 22, 2004

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge