UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-902 (JEL/JGL)

K-TEL INTERNATIONAL, et al.,

Plaintiffs,

v.

**NOTICE OF CANCELLATION OF STATUS CONFERENCE**

TRISTAR PRODUCTS, INC.,

Defendant.

Pursuant to the agreement of the parties, the status conference scheduled for October 1, 2004, has been stricken from this Court's calendar.

Dated: September 24, 2004

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge