UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K-tel International, Inc. and
K-tel International, GmbH,

Civ. No. 00-902 (JNE/JGL)

Plaintiffs,

v.

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

Tristar Products, Inc.,

Defendant.

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that defendant Tristar Products, Inc., has retained John B**.** Gordon and Rachel F. Bond to substitute as counsel for Michael R. Gray in this case.

FAEGRE & BENSON LLP

Dated: November 5, 2004

s/ John B. Gordon
John B. Gordon (36237)
Rachel F. Bond (0325612)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000

Gray, Plant, Mooty, Mooty &
Bennett, P.A.

Dated: November 5, 2004

s/ Michael R. Gray
Michael R. Gray
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

M2:20668772.01