**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2004, I caused the following document(s):

Notice of Withdrawal and Substitution of Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- **Theodore W Atkinson**
  twatkinson@venable.com
- **Roger A Colaizzi**
  racolaizzi@venable.com
- **Michael R Gray**
  mike.gray@gpmlaw.com
  lori.kleinschmidt@gpmlaw.com;gayle.schaub@gpmlaw.com
- **Susan M Humiston**
  susan.humiston@leonard.com louise.currey@leonard.com
- **Mark S Mathison**
  mark.mathison@gpmlaw.com pamala.nepple@gpmlaw.com
- **Blake Shepard, Jr**
  blake.shepard@leonard.com deborah.hartung@leonard.com
- **Joanne H Turner**
  jht@mcmlaw.com

I further certify that I caused a copy of the foregoing documents and the Notice of Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

**Thomas E Graham**
Kilpatrick Stockton
301 College St S Ste 3500
Charlotte, NC 28202

**Campbell Killefer**
Venable LLP
575 7th St NW
Washington, DC 20004-1604

**Stephen Stephen E. Baskin**
Not Admitted

**Judith L Wheat**
Venable LLP
575 7th St NW
Washington, DC 20004-1604

Date: November 5, 2004

s/ John B. Gordon

John B. Gordon, 36237
Attorney for Defendant
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
jgordon@faegre.com

M2:20669093.01