FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612.766.7000
FACSIMILE 612.766.1600
www.faegre.com

JOHN B. GORDON
jgordon@faegre.com
612.766.8407

November 11, 2004

Clerk, U.S. District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *K-tel International v. Tristar Products*
Civ. No. 00-902 (JNE/JGL)

Dear Clerk:

We represent Defendant Tristar Products in this action. This letter requests that you update the roster of counsel and delete several lawyers and firms who are no longer involved in this action. All of these changes relate to counsel for Tristar.

(1) Please delete the names of all lawyers from both Mackall, Crounse & Moore and Kilpatrick Stockton. Both firms withdrew from this action some time ago. (Please note that, although there is no contact information listed, the file indicates that Stephen E. Baskin was associated with Kilpatrick Stockton.)

(2) Please delete the names of all lawyers from the Gray Plant firm. On November 5, 2004, I filed a Notice of Withdrawal and Substitution of Counsel substituting me and my associate Rachel Bond in the place of all lawyers from Gray Plant as counsel for Tristar.

(3) Although lawyers from Venable LLP remain as counsel (pro hac vice) for Tristar, Campbell Killefer and Judith Wheat are no longer with Venable. Please delete these two lawyers' names from the roster.

If you have any questions, please call me. Thank you.

Very truly yours,

s/ John B. Gordon

M2:20669232.02
cc: Counsel of record (via ECF)