LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

December 2, 2004

Blake Shepard
612-335-1587
blake.shepard@leonard.com

Chief Magistrate Judge Jonathan Lebedoff
United States District Court
District of Minnesota
U.S. Courthouse
300 South Fourth Street, Suite 9E
Minneapolis, MN 55415

***Re: K-tel International, Inc. and K-tel International, GmbH v. Tristar Products, Inc. Case No. 0:00-cv-00902-JNE/JGL***

Dear Magistrate Judge Lebedoff:

On behalf of all parties, I am writing to confirm our discussion with your office this afternoon during which we agreed to reschedule the Settlement Conference in this case for December 16, 2004 at 1:45 p.m. The Settlement Conference was previously scheduled for Tuesday, December 28, 2004 at 1:45 p.m. The parties understand and agree that all remaining instructions in the Court's November 29, 2004 Notice of Settlement Conference still apply.

The parties appreciate your willingness to accommodate this scheduling change.

Sincerely,

LEONARD, STREET AND DEINARD

Blake Shepard, Jr.

BS/dh

cc: John Gordon
Theodore W. Atkinson
Susan M. Humiston