**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
**00:00-cv-00902-JNE-JGL**

I hereby certify that on December 2, 2004, I caused the following document:

**Letter to Chief Magistrate Judge Jonathan Lebedoff**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Theodore W. Atkinson** **twatkinson@venable.com**
- **Rachel F. Bond** **rbond@faegre.com**
- **Roger A. Colaizzi** **racolaizzi@venable.com**
- **John Bennett Gordon** **jgordon@faegre.com**
- **Susan M. Humiston** **susan.humiston@leonard.com**

Dated: December 2, 2004

s/ Blake Shepard, Jr.
Blake Shepard, Jr.