# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| K-TEL INTERNATIONAL, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiffs, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 00-0902 (JNE/JGL) |
| | ) | Date: 12/16/04 |
| TRISTAR PRODUCTS, INC. | ) | Court Reporter: N/A |
| | ) | Time Commenced: 1:45 P.M. |
| Defendant. | ) | Time Concluded: 4:25 P.M. |
| | ) | Time in Court: 2 Hours & 45 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Blake Shepard, Steve Derider

Defendant: John Gordon, Roger Colaizzi

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge