**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

K-tel International, Inc. and
K-tel International, GmbH,

Civ. No. 00-902 (JNE/JGL)

Plaintiffs,

v.

STIPULATION FOR DISMISSAL WITH PREJUDICE

Tristar Products, Inc.,

Defendant.

Plaintiffs and defendants, by and through their respective duly authorized counsel of record, hereby stipulate and agree as follows:

1. That the above-entitled action, including all claims and counterclaims, may be dismissed with prejudice and on the merits, without costs to any party, pursuant to F. R. Civ. P. 41(a) and 41(c).

2. That each party shall bear its own costs, expenses, and attorneys' fees in connection with the above-entitled action.

Dated: December 30, 2004

LEONARD, STREET AND DEINARD
Professional Association

s/ Blake Shepard, Jr.

Blake Shepard, Jr. # 161536
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

ATTORNEYS FOR PLAINTIFFS

Dated: December 30, 2004

FAEGRE & BENSON LLP

s/ John B. Gordon
John B. Gordon, # 36237
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

VENABLE, LLP

s/ Roger A. Colaizzi by John B. Gordon
Roger A. Colaizzi (*pro hac vice*)
Theodore W. Atkinson (*pro hac vice*)
575 Seventh Street
Washington, DC 20004
(202) 344-4000

ATTORNEYS FOR DEFENDANT

M2:20679144.01