**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2005, I caused the following document:

Stipuation for Dismissal with Prejudice

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- **Theodore W Atkinson**
  twatkinson@venable.com
- **Rachel F Bond**
  rbond@faegre.com sleaf@faegre.com;lyule@faegre.com
- **Roger A Colaizzi**
  racolaizzi@venable.com
- **John B Gordon**
  jgordon@faegre.com cnelson@faegre.com
- **Susan M Humiston**
  susan.humiston@leonard.com louise.currey@leonard.com
- **Mark S Mathison**
  mark.mathison@gpmlaw.com pamala.nepple@gpmlaw.com
- **Blake Shepard, Jr**
  blake.shepard@leonard.com deborah.hartung@leonard.com
- **Joanne H Turner**
  jht@mcmlaw.com

I further certify that I caused a copy of the foregoing documents and the Notice of Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Thomas E Graham**
Kilpatrick Stockton
301 College St S Ste 3500
Charlotte, NC 28202

**Campbell Killefer**
Venable LLP
575 7th St NW
Washington, DC 20004-1604

**Stephen Stephen E. Baskin**
Not Admitted

**Judith L Wheat**
Venable LLP
575 7th St NW
Washington, DC 20004-1604

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge:

Joan N. Ericksen, joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

- **Theodore W Atkinson**
  twatkinson@venable.com
- **Roger A Colaizzi**
  racolaizzi@venable.com
- **Blake Shepard, Jr**
  blake.shepard@leonard.com

**Susan M Humiston**
Leonard, Street and Deinard
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402

**Mark S Mathison**
Gray, Plant, Mooty, Mooty & Bennett
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**Joanne H Turner**
Mackall, Crounse & Moore
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

**Thomas E Graham**
Kilpatrick Stockton
301 College St S Ste 3500
Charlotte, NC 28202

**Campbell Killefer**
Venable LLP
575 7th St NW
Washington, DC 20004-1604

**Stephen Stephen E. Baskin**
Not Admitted

**Judith L Wheat**
Venable LLP
575 7th St NW
Washington, DC 20004-1604

Date: January 3, 2005

s/ John B. Gordon

John B. Gordon, 36237
Attorney for Defendant
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
jgordon@faegre.com