**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

K-tel International, Inc. and
K-tel International, GmbH,

Civ. No. 00-902 (JNE/JGL)

Plaintiffs,

v.

ORDER FOR DISMISSAL

Tristar Products, Inc.,

Defendant.

Pursuant to F. R. Civ. P. 41(a) and 41(c) and the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action, including all claims and counterclaims, is hereby dismissed with prejudice and on the merits, without costs to any party, each party to bear its own costs, expenses, and attorneys' fees.

DATED: January 6, 2005.

BY THE COURT:

s/ Joan N. Ericksen