Thomas E Graham
Kilpatrick Stockton
301 College St S Ste 3500
Charlotte, NC 28202

SCANNED
U.S. DISTRICT COURT DULUTH

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Minnesota

Notice of Electronic Filing

The following transaction was entered on 1/6/2005 at 2:38 PM CST and filed on 1/6/2005

**Case Name:** K-Tel International, et al v. Tristar Products
**Case Number:** 0:00-cv-902
**Filer:**
**Document Number:** 106

Docket Text:
ORDER DISMISSING CASE. Signed by Judge Joan N Ericksen on January 6, 2005. (slf)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=1/6/2005] [FileNumber=446243-0]
[4db9b3d5bd2e1b7180cb6640ce8d1ba2a38c96c77ff03380f7bc2de9ebedddc1b22dd
c514958be337b6868376a62bd4e64e417605cccf7fcd8692ff77200f3dd]]

**0:00-cv-902 Notice will be electronically mailed to:**

Theodore W Atkinson twatkinson@venable.com

Rachel F Bond rbond@faegre.com, sleaf@faegre.com;lyule@faegre.com

Roger A Colaizzi racolaizzi@venable.com

John B Gordon jgordon@faegre.com, cnelson@faegre.com

Susan M Humiston susan.humiston@leonard.com, louise.currey@leonard.com

Mark S Mathison mark.mathison@gpmlaw.com, pamala.nepple@gpmlaw.com

Blake Shepard , Jr blake.shepard@leonard.com, deborah.hartung@leonard.com

Joanne H Turner jht@mcmlaw.com

**0:00-cv-902 Notice will be delivered by other means to:**

Thomas E Graham
Kilpatrick Stockton
301 College St S Ste 3500
Charlotte, NC 28202

Campbell Killefer
Venable LLP
575 7th St NW
Washington, DC 20004-1604

Stephen Stephen E. Baskin
Not Admitted
,

Judith L Wheat
Venable LLP
575 7th St NW
Washington, DC 20004-1604

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

K-tel International, Inc. and
K-tel International, GmbH,

Plaintiffs,

v.

Tristar Products, Inc.,

Defendant.

Civ. No. 00-902 (JNE/JGL)

ORDER FOR DISMISSAL

Pursuant to F. R. Civ. P. 41(a) and 41(c) and the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action, including all claims and counterclaims, is hereby dismissed with prejudice and on the merits, without costs to any party, each party to bear its own costs, expenses, and attorneys' fees.

DATED: January 6, 2005.

BY THE COURT:

s/ Joan N. Ericksen

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
417 FEDERAL BUILDING
515 W. FIRST STREET
DULUTH, MINNESOTA 55802-1397

OFFICIAL BUSINESS

RECEIVED
05 JAN 19 PM 12:47

US POSTAGE
$ 00.37
Mailed From 55802
01/06/2005
031A 0002303571

A
C
S

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
■ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

☐ OTHER

RTS
RETURN TO SENDER

55802-2003 13